Civil Action No. 08-cv-02653-RPM

QWEST CORPORATION,

      Plaintiff,

v.

COLORADO PUBLIC UTILITIES
COMMISSION; RON BINZ, in his official
capacity as Chairman of the Colorado
Public Utilities Commission; JAMES
TARPEY, in his official capacity as a
member of the Colorado Public Utilities
Commission; MATT BAKER, in his
official capacity as a member of the
Colorado Public Utilities Commission;

      Defendants,

and

      CBEYOND COMMUNICATIONS, LLC.

      Intervenor Defendant.

---

**ORDER GRANTING CBEYOND COMMUNICATIONS, LLC's
UNOPPOSED MOTION TO INTERVENE**

---

      Upon consideration of Cbeyond Communications, LLC's Unopposed Motion to

Intervene as a defendant in this case pursuant to Federal Rule of Civil Procedure 24, and for

good cause shown, it is hereby

      ORDERED that the Unopposed Motion of Cbeyond Communications, LLC to Intervene

is GRANTED, and that Cbeyond Communications, LLC is hereby accorded party status as a

defendant in this case.  The intervenor shall answer on or before January 16, 2009.

Dated December 24th, 2008

                           BY THE COURT:

                           s/Richard P. Matsch

                           _____

                           Richard P. Matsch, Senior District Judge