IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02653-RPM

QWEST CORPORATION

      Plaintiff,

v.

COLORADO PUBLIC UTILITIES COMMISSION,
RON BINZ, in his official capacity as Chairman of the Colorado Public Utilities Commission,
JAMES TARPEY, in his official capacity as a member of the Colorado Public Utilities Commission,
MATT BAKER, in his official capacity as a member of the Colorado Public Utilities Commission,

      Defendants,
and

CBEYOND COMMUNICATIONS, LLC,

      Intervenor Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **March 19, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on March 12, 2009.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: January 21st, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge