IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02653-RPM

QWEST CORPORATION,

    Plaintiff,

v.

COLORADO PUBLIC UTILITIES COMMISSION;
RON BINZ, in his official capacity as Chairman of the Colorado Public Utilities Commission;
JAMES TARPEY, in his official capacity as a member of the Colorado Public Utilities Commission;
MATT BAKER, in his official capacity as a member of the Colorado Public Utilities Commission,

    Defendants,
and

CBEYOND COMMUNICATIONS, LLC,

    Intervenor-Defendant.

---

## ORDER FOR AMENDED JUDGMENT

---

On January 28, 2010, a judgment entered declaring that in Colo. PUC Decision No. R08-0164 (Recommended Decision of Administrative Law Judge, dated February 19, 2008); Colo. PUC Decision No. C08-0969 (Order on Exceptions, dated July 30, 2008), and Colo. PUC Decision No. C08-1164 (Order on Application for Rehearing, Reargument and Reconsideration, dated October 29, 2008), the Colorado Public Utilities Commission erroneously interpreted 47 C.F.R. § 51.5 by excluding residential lines from the UNE loop component of business line

-1-

tallies and correctly excluded non-switched services from the UNE loop component of the business line tallies.  On August 26, 2011, the Tenth Circuit Court of Appeals entered a judgment affirming in part and reversing in part this court's judgment, based on an opinion of that date that the rule unambiguously required inclusion of UNE loops serving non-business customers in the business line tallies and that in deference to the views of the Federal Communications Commission in an amicus brief, non-switched services are to be included in the UNE loop component of business line tallies.

Having received the mandate from the appellate court to proceed in accordance with the opinion, it is

ORDERED that the clerk of this court shall enter an amended judgment declaring that in Colo. PUC Decision No. R08-0164 (Recommended Decision of Administrative Law Judge, dated February 19, 2008); Colo. PUC Decision No. C08-0969 (Order on Exceptions, dated July 30, 2008), and Colo. PUC Decision No. C08-1164 (Order on Application for Rehearing, Reargument and Reconsideration, dated October 29, 2008), the Colorado Public Utilities Commission incorrectly applied the definition of business line as defined in 47 C.F.R. § 51.5 when the Commission found and concluded that residential lines should be excluded from the UNE loop component of the business line tallies; and further declaring that the Colorado Public

Utilities Commission incorrectly applied the definition of business line set forth in 47 C.F.R. § 51.5 when the Commission found and concluded that lines for non-switched services should be excluded from the UNE loop component of the business line tallies.

Dated: October 3, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge